LP3_Rule7_1_Statement.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

INTERNATIONAL TRADE & MARKETING, INC. and
FAGO'S LLC, d/b/a Fago's Produce,

                Plaintiffs,

      v.

JUNIPER TREE, INC. and YOUNG J. SUH, in his
individual and corporate capacities,

                Defendants.

-----------------------------------------------------------------x

JUDGE HOLWELL

ECF CASE

07 CV 10999
Index No.:

RULE 7.1 STATEMENT

RECEIVED
DEC 0 5 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Plaintiffs, **International Trade & Marketing, Inc.** and **Fago's LLC, d/b/a Fago's Produce** (each a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: **NONE**.

Dated:   New York, New York
          December 4, 2007

*/s/ Carl E. Person*

Carl E. Person   (CP 7637)
Attorney for Plaintiffs, International Trade &
   Marketing, Inc. and Fago's LLC,
   d/b/a Fago's Produce
325 W. 45th Street - Suite 201
New York, New York 10036-3803
(212) 307-4444