AO 440 (Rev. 8-01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

INTERNATIONAL TRADE & MARKETING, INC.
and FAGO'S LLC d/b/a Fago's Produce, Plaintiffs

V.

JUNIPER TREE, INC. and YOUNG J. SUH, in his
individual and corporate capacities, Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 10999**

**JUDGE HOLWELL**

TO: (Name and address of Defendant)

Juniper Tree, Inc., 1240 Oakpoint Avenue, Bronx NY 10474

Young J. Suh, 1240 Oakpoint Avenue, Bronx NY 10474

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carl E. Person
325 W. 45th Street - Suite 201
New York NY 10036-3803

Tel. 212-307-4444

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DEC 0 5 2007

DATE

Juniper Tree
Young-Suh

%AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |  |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | 12/7/07 |
| NAME OF SERVER (PRINT) Gene Lombardo | TITLE | Agent |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1240 Oakpoint Ave Bronx NY 10474
   Served Ms Suh for Juniper Tree Inc, Corporate Officer.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date         Signature of Server

Gene Lombardo
Address of Server
220 Food Linton Drive
Bronx NY 10474

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.