Law Office of Kevin P. Claffey, P.C.
19 Fulton Street - Suite 408
New York, New York 10038
212-233-4200
Attorney for the Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

INTERNATIONAL TRADE & MARKETING, INC., and FAGO'S LLC, d/b/a Fago's Produce,

          Plaintiffs,

    v.

JUNIPER TREE, INC., and YOUNG J. SUH, in his individual and corporate capacities,

          Defendants

---------------------------------------------------------------x

ECF CASE

Docket No. 07-CV-10999

NOTICE OF APPEARANCE

**PLEASE BE ADVISED** that the undersigned attorneys hereby appear as counsel on behalf of the defendants Juniper Tree, Inc. and Young J. Suh, and demand that all papers related thereto be served on them at the above listed address or by fax at (646) 688-5065, or by email at kpc1927@aol.com.

Dated: February 28, 2008

                                                      Law Office of Kevin P. Claffey, P.C.

                              By: _____
                                       Kevin P. Claffey (KPC 5501)