

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/08

**Carl E. Person**
*Attorney at Law*
325 W. 45th Street - Suite 201
New York NY 10036-3803

Tel: 212-307-4444
Fax: 212-307-0247

BY FAX -- 212-805-7948

March 12, 2008

Hon. Richard J. Holwell
United States District Judge
United States District Court
500 Pearl Street
New York NY 10007

Tel. – 212-805-0256
Fax – 212-805-7948

RECEIVED MAR 12 2008
CHAMBERS OF
RICHARD J. HOLWELL

Re:  *International Trade & Marketing, Inc. v. Juniper Tree, Inc., et ano.*
     07 Civ. 10999 (RJH) - ECF CASE
     Request for Adjournment of 3/14/08 11:30 a.m. Conference

Dear Judge Holwell:

I am the attorney for the Plaintiffs in the above-captioned action.

Because of a deposition that was ordered by a local federal judge (in an unrelated case) to take place in Norfolk, Virginia, I am not able to attend the Initial Scheduling Conference now set for March 14, 2008 at 11:30 a.m.

I am going to be defending a deposition in Norfolk, Virginia tomorrow and probably Friday. I have flight reservations from JFK for this evening at 8:40 p.m. I am returning on Saturday, March 15th.

Counsel has only recently appeared for defendants, and an answer has not yet been filed.

I was provided by Your Honor's clerk with a possible new scheduling date of April 18, 2008 at 11:00 a.m. Is it possible to reschedule the Initial Scheduling Conference for an earlier date, such as March 20, 21, 24, 25, 26, 27 or 28?

Very truly yours,

Carl E. Person

Cc: Kevin P. Claffey, Esq. - by fax: 212-233-1323

Conference adjourned to
4/18/08 at 11:00 am
SO ORDERED

RJH
USDJ
3/20/08